

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00479-CV

**EX PARTE R.A.L., JR.,**
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W0563
Honorable Ray Olivarri, Judge Presiding

## O R D E R

By order dated July 17, 2019, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. The order noted the notice of appeal appeared to have been untimely filed because the motion for new trial was due to be filed on May 16, 2019, but was untimely filed on May 17, 2019.

On July 23, 2019, appellant responded with an affidavit stating the motion for new trial was electronically filed on May 16, 2019, but was erroneously rejected by the district clerk's office. Because the district clerk's erroneous rejection of the filing is akin to a technical failure, the motion for new trial is deemed to have been timely filed. *See* TEX. R. APP. P. 9.2(c)(5); TEX. R. CIV. P. 21(f)(6). As a result, the notice of appeal was timely filed, and this appeal is RETAINED on the docket of this court. The reporter's record must be filed in this appeal no later than thirty days from the date of this order.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court